IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **LORENZO L. BRADLEY,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:17-CV-3317-L-BT** |
| | § | |
| **MARX LAW FIRM, JUDGE SUSAN RANKINS; JUDGE KIM COOKS; JUDGE MARY BROWN; JUDGE TENA CALLAHAN; JUDGE DENISE GARCIA; JUDGE DAVID LOPEZ; and JUDGE ANDREA PLUMLEE,**[*] | § § § § § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

On February 14, 2018, United States Magistrate Rebecca Rutherford entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that this action be dismissed with prejudice under 28 U.S.C. §§ 1915A and 1915(e)(2) for failure to state any claims upon which relief may be granted. No objections to the Report were filed.

Having reviewed the pleadings, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses with prejudice** this action under 28 U.S.C. §§ 1915A and 1915(e)(2) for failure to state a claim on which relief may be granted.

---

[*] These Defendants are listed in Plaintiff's Second Amended Complaint (Doc. 20), which does not include all Defendants named in Plaintiff's earlier pleadings that are listed on the docket sheet; however, the Second Amended Complaint is the live pleading, and any defendant not listed in the Second Amended Complaint is no longer a party to this action.

**Order – Page 1**

The court prospectively **certifies** that any appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3). In support of this certification, the court **incorporates** by reference the Report. *See Baugh v. Taylor*, 117 F.3d 197, 202 and n.21 (5th Cir. 1997). The court **conclude**s that any appeal of this action would present no legal point of arguable merit and would, therefore, be frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983). In the event of an appeal, Plaintiff may challenge this certification by filing a separate motion to proceed *in forma pauperis* on appeal with the clerk of the United States Court of Appeals for the Fifth Circuit. *See Baugh*, 117 F.3d at 202; Fed. R. App. P. 24(a)(5).

**It is so ordered** this 31st day of May, 2018.

*/s/ Sam A. Lindsay*
Sam A. Lindsay
United States District Judge